UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JAMES FIZZIGNOLIA,                                                    23-cv-6283 (PKC)

                          Plaintiff,

v.                                                                              ORDER

CITY OF NEW YORK, et al.,

                          Defendants.

_____

CASTEL, United States District Judge.

        Discovery in this action is concluded. See Order of November 26, 2024.  (ECF

39.)

        The Mediator entered a Final Report upon the settlement of the action.  (ECF 39.)

Plaintiff's counsel reports that he has been "unable to have the Plaintiff execute settlement

documents."  (ECF 43.)  Defendants agree that the case was settled as a result of the efforts of

the Mediator and have submitted emails confirming same.  (ECF 44.)

        Defendants may move to enforce the settlement provided they do so by February

21, 2025.  Plaintiff may respond to the motion by March 14, 2025 and the defendants may reply

by April 4, 2025.

        The Court does not anticipate ruling on any other application prior to deciding the

motion to enforce the settlement.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        January 30, 2025